# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA LUCAS,<br><br>    Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE BANK, N.A.; EQUIFAX, INC.,<br><br>    Defendant(s). | Case No.: 22−CV−00468−DJC−CKD<br><br>ORDER |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant JPMORGAN CHASE BANK, N.A. to be, and is, dismissed with prejudice.  Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 15, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE